No. 13,893.

Union Deposit Company et al. *v.* Baer.
(67 P. [2d] 1119)

Decided April 19, 1937.

Mr. Moreland M. Humphreys, for plaintiffs in error.

Mr. George R. Baer, Mr. Philo B. Tolles, Mr. Thomas D. Cobbey, for defendant in error.

No. 13,900.

Veniere *v.* Otis and Company et al.
(67 P. [2d] 1119)

Decided April 19, 1937.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Bouck and Mr. Justice Young participating.

Mr. Erskine R. Myer, Mr. John R. Coen, Mr. Charles J. Kelly, for plaintiff in error.

Mr. Victor A. Miller, for defendants in error.